DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE HERMAN,**
Appellant,

v.

**BROWN ROBERT, LLP,** and **SETH ROBERT,**
Appellees.

No. 4D18-3747

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE-14-015537 (08).

Janine R. McGuire of Conrad & Scherer, LLP, Fort Lauderdale, for appellant.

Connis O. Brown, III, and Seth P. Robert of Brown Robert, LLP, Fort Lauderdale, and D. David Keller of Keller Landsberg P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***